IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TYRONE SUMMERS,

    *Plaintiff*,

v.                                            Case No.: 4:20cv340-MW/MAF

SERGEANT SPIRES,

    *Defendant*.

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 15. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED** for failure to comply with a court order and for want of prosecution." The Clerk shall close the file.

**SO ORDERED** on March 15, 2021.

                                                 s/Mark E. Walker         
                                                 **Chief United States District Judge**